COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Liberty Mutual Insurance Company

Appellate case number:   01-17-00363-CV

Trial court case number: 2016-28433

Trial court:             165th District Court of Harris County

On May 19, 2017, Liberty County Mutual Insurance Company filed a petition for writ of mandamus challenging the trial court's May 1, 2017 order denying its motion to quash, and directing it to produce Marianne Cagle for deposition. The Court requests that the real party in interest respond to the petition for writ of mandamus by no later than June 5, 2017.

It is so ORDERED.

Judge's signature: /s/ <u>Rebeca Huddle</u>
                    ☒ Acting individually     ☐ Acting for the Court

Date: <u>May 23, 2017</u>